| | |
|---|---|
| 1 | JENNIFER KELLY (CSB NO. 193416) |
|   | jennifer@tyzlaw.com |
| 2 | RYAN TYZ (CSB NO. 234895) |
|   | ryan@tyzlaw.com |
| 3 | ERIN JONES (CSB No. 252947) |
|   | ejones@tyzlaw.com |
| 4 | CIARA MCHALE (CSB No. 293308) |
|   | ciara@tyzlaw.com |
| 5 | SEAN APPLE (CSB NO. 305692) |
|   | sapple@tyzlaw.com |
| 6 | CHIEH TUNG (CSB No. 318963) |
|   | chieh@tyzlaw.com |
| 7 | TYZ LAW GROUP PC |
|   | 4 Embarcadero Center, 14th Floor |
| 8 | San Francisco, CA 94111 |
|   | Telephone: 415.868.6900 |

Attorneys for Plaintiffs
Moonbug Entertainment Ltd. and
Treasure Studio, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> HAPPYKIDSTV and MUSE ISTANBUL, <br><br> Defendants. | Case No: 4:22-cv-03203-HSG <br><br> **ORDER GRANTING MOTION TO MOVE DATE OF CASE MANAGEMENT CONFERENCE (as modified)** <br><br> Hon. Haywood S. Gilliam, Jr. <br><br> Complaint Filed: June 1, 2022 <br> Trial Date: Not Set |

# ORDER

Before the Court is the Motion of Plaintiffs Moonbug Entertainment Ltd. and Treasure Studio, Inc. to move the Case Management Conference from September 6, 2022 to October 4, 2022. The Court GRANTS the motion, and hereby issues an ORDER setting the following case schedule:

| Date | Event |
| --- | --- |
| 9/13/2022 | *Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>• File ADR Certification |
| 9/27/2022 | **Last day to file Rule 26(f) Report and Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| 10/4/2022 | TELEPHONIC INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 2:00 PM |

* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 21 days in advance of the rescheduled Initial Case Management Conference.

** If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 7 days in advance of the rescheduled Initial Case Management Conference.

**IT IS SO ORDERED.**

Dated: 8/19/2022

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE